

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Mr. Joseph Orlosky

Plaintiff,

V.

See attachment

Defendant.

Civil Action No. 17cv1701-BTM(WVG)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On October 31, 2017, this Court issued an Order to Show Cause why this case should not be dismissed for lack of jurisdiction, directing Plaintiff to file a written response on or before November 14, 2017. To date, Plaintiff has not filed his response. Therefore the Clerk shall enter final judgment dismissing this case without prejudice. This case is terminated.

Date: 2/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 17cv1701-BTM(WVG)

Defendants

William E. Merrill, an individual;

Transformed Service Inc., an alleged entity of unknown jurisdiction;

Presidenttransformed, an alleged entity of unknown jurisdiction;

DOES 1 through 50, inclusive